SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

May 27, 2015

Ronney Earl Williams
TDCJ #161744
3602 County Road 45
Angleton, TX 77515

**RE:**    **Court of Appeals Number:** 01-15-00351-CR        **Trial Court Case Number:** 74312

**Style:** Ronney Earl Williams v. The State of Texas

Dear Appellant:

The clerk's record was due to be filed May 26, 2015. From information currently available, the trial-court clerk has not filed the clerk's record because you have failed to pay or make arrangements to pay the clerk's fee for preparing it. *See* TEX. R. APP. P. 37.3(b). My records also indicate that you are *not* entitled to proceed without payments of costs. *See* TEX. R. APP. P. 20.

This is **NOTICE** that the Court may dismiss an appeal for want of prosecution when the appellant has not paid or made payment arrangements to have the clerk's record timely filed. *See* TEX. R. APP. P. 37.3(b); 42.3. The final deadline to submit written evidence from the trial-court clerk that you have paid or made arrangements to pay the clerk's fee for preparing the clerk's record is **5:00 p.m., June 26, 2015.**

If you believe you are exempt from the paying the clerk's fee to prepare the clerk's record, please file a detailed written explanation by the deadline stated above. *See* TEX. R. APP. P. 20.1 (establishing indigence). A written response is required, even if you have previously claimed you are exempt from paying the clerk's fee.

If (1) written evidence from the trial-court clerk that you have paid or made arrangements to pay the clerk's fee for preparing the clerk's record or (2) a meritorious response that you are exempt from paying the clerk's fee is not received in my office by the deadline, **this appeal can be dismissed without further notice.**

Sincerely,

Christopher A. Prine, Clerk of the Court

By Noemi E. Hernandez, Deputy Clerk

cc:   David P. Bosserman (DELIVERED VIA E-MAIL)
      Jeri Yenne (DELIVERED VIA E-MAIL)
      Jill Friedrichs (DELIVERED VIA E-MAIL)
      Judge 412th District Court (DELIVERED VIA E-MAIL)
      Brazoria County District Clerk's Office (DELIVERED VIA E-MAIL)

U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 77002
02 1W
0001372104 MAY 27 2015

$ 000.48⁰

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

IN HOUSTON

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN – 4 2015

CHRISTOPHER A. PRINE

CASE NO. 01-15-00351-CR
RONNEY EARL WILLIAMS
TDCJ #161744
3602 CO
ANGLE

NIXIE        773    5E  1000        0005/01/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC:  77002206699      *2533-11420-27-42

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066



827